## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**JOHN F. McCAUL, JR.,** )<br>)<br>**Defendant.** ) | **8:06CR122**<br><br>**TRIAL ORDER** |

The defendant has filed a Motion to Continue Trial [15]. The trial date was set a month ago, the motion is untimely, and the motion does not explain why counsel need additional time to prepare for trial. Notwithstanding the defendant's waiver of speedy trial [14],

**IT IS ORDERED** that defendant's motion to continue trial [15] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order."

**DATED July 7, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**