# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR122 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOHN F. MC CAUL, JR., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Michael F. Maloney to appoint advisory court-appointed counsel for the defendant, John F. McCaul, Jr. (McCaul) regarding a potential conflict of interest (Filing No. 20- Sealed). The court held a hearing on the motion on August 7, 2006. After hearing from Mr. Maloney and McCaul in camera, the court determined the motion should be granted.

Dana C. Bradford, III, 1620 Dodge Street, Suite 1800, Omaha, NE 68102 (402) 342-4200, is appointed to advise McCaul for the purposes set forth in the sealed motion pursuant to the Criminal Justice Act.

The clerk shall provide a copy of this order and a copy of Filing No. 20 to Mr. Bradford, and Mr. Bradford shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 7th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge