# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR122 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JOHN F. McCAUL, JR., | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal requesting the Motion to Withdraw as counsel be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

**IT IS ORDERED** that the Motion to Withdraw as Counsel shall be placed under seal.

DATED this 30th day of August, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge