## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR122 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN F. MC CAUL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael F. Maloney and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, John F. McCaul, Jr. (McCaul) (Filing No. 31- Sealed). Mr. Maloney represents he has a conflict of interest in this matter. Mr. Maloney's motion to withdraw (Filing No. 31) is granted. Dana C. Bradford, III, 1620 Dodge Street, Suite 1800, Omaha, NE 68102, (402) 342-4200, is appointed to represent McCaul for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. Bradford with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to McCaul's defense.

The clerk shall provide a copy of this order to Mr. Bradford and the Office of the Federal Public Defender. Mr. Bradford shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 6th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge